UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MICHAEL LYKINS, an individual,

Plaintiff,

v.

BLOOM APARTMENTS LLC, a Delaware
limited liability company, et al.,

Defendants.

Case No. C25-149-RSM

ORDER GRANTING MOTION FOR
ATTORNEY WITHDRAWAL AND
SUBSTITUTION

This matter comes before the Court on an unopposed Motion filed by counsel for defendant Edge Concrete Construction LLC.  Dkt. #62.  Consistent with Local Rule and 83.2, Jeffrey M. Dore, Washington State Bar Number 44951, and Andrew G. Tingkang, Washington State Bar Number 45300, of The Chartwell Law Offices, LLP, request to substitute for John Todd Henry, Washington State Bar Number 32219, of Inslee, Best, Doezie & Ryder, P.S., as attorneys of record for Defendant Edge Concrete Construction, LLC.

The Court has reviewed the Motion and the remainder of the record and hereby finds and ORDERS that the Motion, Dkt. #62, is GRANTED.  The Clerk of the Court shall update the docket to remove John Todd Henry as counsel for Defendant Edge Concrete Construction, LLC and to substitute in Jeffrey M. Dore and Andrew G. Tingkang as stated above.

DATED this 8th day of July, 2026.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER GRANTING MOTION FOR ATTORNEY WITHDRAWAL AND SUBSTITUTION - 1